UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-420-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IVAN CABRERA, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Consent Motion to Amend/Correct Judgment. (Doc. No. 26). The motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk shall amend the Judgment to name the change the name of the restitution payee from American Express to First Data Merchant Services.

Signed: March 25, 2022

Max O. Cogburn Jr
United States District Judge